# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JAMES B. WILSON,

    Plaintiff,

v.                                                                                      Case No.:

PINELLAS COUNTY, a political
subdivision of the State of Florida,

    Defendant.

_____/

## NOTICE OF REMOVAL

**COMES NOW**, Defendant PINELLAS COUNTY, through undersigned counsel, and pursuant to 28 U.S.C.S. §1441 hereby removes Case No. 19-008253-CI from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida ("the State Court Action") to the United States District Court for the Middle District of Florida, and as grounds for its removal states as follows:

1. On December 16, 2019, Plaintiff James B. Wilson filed the State Court Action against Pinellas County.

2. On January 16, 2020, Pinellas County received a copy of the complaint, summons addressed to Pinellas County, and civil cover sheet. Removal of this matter is timely under 28 U.S.C.S. §1446(b).

3. Pursuant to 28 U.S.C.S §1446(a), true and correct copies of the complaint, summons, and civil cover sheet are attached hereto as Exhibits 1, 2, and 3, respectively. No other process, pleadings, orders, or papers have been received by Pinellas County in this action. A copy of the docket in the State Court Action is attached hereto as Exhibit 4.

4. Venue is proper in this Court, pursuant to 28 U.S.C.S. §§ 1441(a) and 1446(a), because the United States District Court for the Middle District of Florida is the federal judicial district embracing the Circuit Court for Pinellas County, Florida, where the State Court Action was originally filed.

5. In the State Court Action, Plaintiff is alleging violations of the Fair Labor Standards Act, 29 U.S.C.S. §201 *et seq.* by Pinellas County.

6. The Notice of Removal is filed pursuant to 28 U.S.C.S. §1441 because the Plaintiff's claims involve a determination under 28 U.S.C.S. §1331.

**WHEREFORE**, Pinellas County hereby gives notice that this action now pending in the Circuit Court of the Sixth Judicial District in and for Pinellas County, Florida is removed to the United States District Court for the Middle District of Florida, Tampa Division.

Respectfully submitted this 17th day of January, 2020.

/s/ *Ashley N. Donnell, Esq.*
Ashley N. Donnell, Esq.
Florida Bar No. 100535
Pinellas County Attorney's Office
315 Court Street, Sixth Floor
Clearwater, FL 33756
T: (727) 464-3354 // F: (727) 464-4147
adonnell@pinellasounty.org

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by E-Mail to: **Robert R. Warchola, Esq.**, Attorney for Plaintiff, at rwarchola@shumaker.com, this 17th day of January, 2020.

/s/ *Ashley N. Donnell, Esq.*
Ashley N. Donnell, Esq.
Florida Bar No. 100535
Assistant County Attorney
Pinellas County Attorney's Office
315 Court Street, Sixth Floor
Clearwater, FL 33756
Phone: (727) 464-3354
Fax: (727) 464-4147
adonnell@pinellascounty.org
Counsel for Pinellas County

PCAO 251225